IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM ADAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, and JEFFREY SORENSEN,<br><br>    Defendants. | **4:19CV3051**<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Jeffrey Sorensen, and Defendant Jeffrey Sorensen has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until September 24, 2019 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 3rd day of September, 2019.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge