IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM ADAMS,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, JOSEPH VILLAMONTE, DANIEL DUFEK, and CAPITAL TOWING, INC., a Nebraska corporation;<br><br>            Defendants. | **4:19CV3051**<br><br>**ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. An amended complaint was filed in this case on October 15, 2019. Plaintiff has not filed a return of service indicating service on Defendant Capital Towing, Inc., and Defendant Capital Towing, Inc. has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until February 6, 2020 to show cause why the claims against Capital Towing, Inc. should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of the action against Capital Towing, Inc. without further notice.

Dated this 16th day of January, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge