IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM ADAMS,

    Plaintiff,

v.

CAPITAL TOWING, INC.,

    Defendant.

4:19CV3051

**ORDER**

On February 7, 2020, defendant Capital Towing, Inc. ("Capital Towing") was served, and the Court received proof of receipt of service of process on February 21, 2020. Capital Towing's deadline to answer or otherwise respond to plaintiff William Adams's ("Adams") Amended Complaint was February 28, 2020. On April 15, 2020, Adams moved for a Clerk's Entry of Default (Filing No. 22) against Capital Towing, pursuant to Federal Rule of Civil Procedure 55(a) and Nebraska Civil Rule 55.1(a), and it was entered on April 16, 2020 (Filing No. 23).

To date, Adams has not moved for an entry of default judgment against Capital Towing. *See* Fed. R. Civ. P. 55(b). All other defendants have been dismissed (Filing No. 60), and Adams filed a Notice of Appeal (Filing No. 62). His appeal was remanded to this Court because his claims against Capital Towing remain pending. Adams shall have until January 24, 2022, to show cause why its claims against Capital Towing should not be dismissed for failure to prosecute. *See* NECivR 41.2. The failure to timely comply with this order may result in dismissal of those claims without further notice.

IT IS SO ORDERED.

Dated this 14th day of January 2022.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
Chief United States District Judge