IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM ADAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF LINCOLN, JOSEPH VILLAMONTE, DANIEL DUFEK, and CAPITAL TOWING, INC.,<br><br>        Defendants. | 4:19CV3051<br><br>**JUDGMENT** |

    On March 18, 2021, the Court entered a Memorandum and Order (Filing No. 60) granting defendants City of Lincoln, Joseph Villamonte, and Daniel Dufek's motion for summary judgment. The Court dismissed the claims against those parties with prejudice, with each party to bear its own fees, costs, and expenses.

    In accordance with the Court's Order entered today (Filing No. 75), judgment is entered in favor of plaintiff William Adams, and against Capital Towing, Inc., in the amount of $352.28.

    Dated this 27th day of July 2022.

                                              BY THE COURT:

                                            Robert F. Rossiter, Jr.
                                            Chief United States District Judge